9 A.3d 581

IN THE MATTER OF KATHLEEN M. DAVIS, AN ATTORNEY
AT LAW (ATTORNEY NO. 008161988).

January 6, 2011.

## ORDER

This matter having been duly presented to the Court on the application of the Director of the Office of Attorney Ethics, and with the consent of **KATHLEEN M. DAVIS** of **DENVILLE,** who was admitted to the bar of this State in 1991, and her counsel, John Musarra, Esquire;

And the Office of Attorney Ethics and **KATHLEEN M. DAVIS** having agreed that **KATHLEEN M. DAVIS** lacks the capacity to engage in the practice of law and should be transferred to disability inactive status pursuant to *Rule* 1:20–12, and good cause appearing;

It is ORDERED that **KATHLEEN M. DAVIS** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **KATHLEEN M. DAVIS** is hereby restrained from practicing law during the period that she remains on disability inactive status; and it is further

ORDERED that all funds, if any, presently existing in any New Jersey financial institution in accounts maintained by **KATH-LEEN M. DAVIS** pursuant to *Rule* 1:21–6 shall be restrained from disbursement and shall be transmitted by the banks that are the present custodians thereof to the Clerk of the Superior Court for deposit in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **KATHLEEN M. DAVIS** comply will *Rule* 1:20–20 governing incapacitated attorneys.